AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Disposable KodakFunSaver 35 with Flash, with inscription"MADE IN MEXICO, SPD800, 11/2006, 070120, 14:46g, 27"

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Bridget C. Thomas___ being duly sworn depose and say:

I am a(n) ___Special Agent with the Federal Bureau of Investigation___ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
Disposable KodakFunSaver 35 with Flash, with inscription"MADE IN MEXICO, SPD800, 11/2006, 070120, 14:46g, 27"

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
PHOTOGRAPHS CONTAINED IN THE DISPOSABLE CAMERA

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Contains photographs which may constitute evidence of or

concerning a violation of Title __18__ United States Code, Section(s) __1591 and 2421__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

Sharon Marcus-Kurn
SODV, Room 10-122
(202) 353-9462

Signature of Affiant
Bridget C. Thomas, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____    at Washington, D.C.
Date

_____    _____
Name and Title of Judicial Officer    Signature of Judicial Officer