## AFFIDAVIT OF BRIDGET C. THOMAS IN SUPPORT OF
## APPLICATION FOR SEARCH WARRANT

I, BRIDGET C. THOMAS, being duly sworn, hereby depose and say:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent employed by the Federal Bureau of Investigation (FBI), United States Department of Justice, and assigned to the Crimes Against Children Unit of the FBI's Washington Field Office. I have been so employed since 2002. As part of my daily duties as an FBI agent I investigate criminal violations relating to child sexual exploitation, including, child prostitution. I have received training concerning the commercial sexual exploitation of children and have served as an instructor at the National Center for Missing and Exploited Children's Protecting Child Victims of Prostitution Seminar.

2.  As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

### FACTS AND CIRCUMSTANCES

3.  This Affidavit is made in support of an application for a search warrant for the contents, i.e., photographs taken, of a Disposable KodakFunSaver 35 with Flash, with inscription"MADE IN MEXICO, SPD800, 11/2006, 070120, 14:46g, 27" (hereinafter referred to as the "Kodak disposable camera") owned by Jaron Brice and seized incident to his May 17, 2005, arrest. The Kodak disposable camera is currently in my custody at the Washington Field Office of the FBI. The information to be searched is the contents of the phone, more specifically the photographs

already taken and contained in the Kodak disposable camera.

4.      The purpose of this application is to seize evidence of violations of 18 U.S.C. §§ 2421, which makes it a Federal offense for anyone to knowingly transport another individual in interstate commerce, with intent that such individual engage in prostitution; 18 U.S.C. § 1591, which makes it a Federal offense for anyone to recruit, entice, harbor, transport, provide, or obtain a person, in or affecting interstate commerce, either while knowing that force, fraud, or coercion would be used to cause such person to engage in a commercial sex act.

5.      I am familiar with the information contained in this Affidavit based upon the investigation I have conducted, my training and experience, and my conversations and discussions with other law enforcement officers who have also engaged in numerous investigations involving child prostitution.

6.      Because this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of 18 U.S.C. §§ 2421 and 1591, are located in the Kodak disposable camera. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

7.      As a result of the instant investigation, described more fully below, there is probable

cause to believe that evidence, fruits, and instrumentalities of violations of Federal law, including 18 U.S.C. §§ 2421 and 1591, in the Kodak disposable phone.

## INVESTIGATION

8.  Since 2004 I have been involved in an investigation of Jaron Brice ("Brice"). My investigation has revealed that Brice used at least two juveniles and one adult female for prostitution and he engaged in sexual acts with at least two juveniles. He took one juvenile and the adult across state lines for the purpose of engaging in prostitution. He used physical violence and emotional abuse to recruit, control, and discipline the girls and adults who worked for him.

9.  On May 17, 2005, Brice was arrested at a hotel Miami, Florida, on a D.C. Superior Court arrest warrant charging him with engaging in sexual activity with a fourteen-year-old female who was also acting as a prostitute for him. At the Miami hotel with him when he was arrested was an adult female ("S.P.") who had engaged in prostitution for him since at least October 2004.

10. In the hotel room that had been rented and paid for by Jaron Brice and where only he and S.P. were staying were various items which are indicative of the prostitution trade . Among these articles were: wigs, high heeled shoes, and unopened condoms. Numerous cell phones and the Kodak disposable camera were also recovered from the hotel room.

11. S.P. has provided information to the government. She told me and other agents with the government that she and Brice traveled from Washington, D.C. to Miami, Florida, so that she would engage in prostitution in Miami, Florida. She said that she did, in fact, engage in prostitution there. She said that she and Brice stayed at the hotel where he was arrested. She said that Brice was her pimp and that he took all of the money she made from prostitution. She said that the items found in the hotel were either Brice's or items of hers that Brice purchased

with money she made prostituting. These items were used to facilitate her prostitution business. She said that the cell phones seized at the hotel were used to stay in touch with each other, with other prostitutes, and with customers. She said that one of the cell phones had a camera function on it and that he took pornographic photographs of her and showed those pictures to prospective customers. She also said that he bought the Kodak disposable camera in Miami and took some pictures of Miami hotels and, possibly, pictures of her with that camera. She said that he told her that the reason he was taking the pictures is that he wanted to make a photo album with pictures of all of the prostitutes who worked for him so that he could look at the pictures when he was older and no longer a pimp.

12.    Based on information S.P. provided to me, on October 5, 2005, I obtained search warrants to search the contents of the phones seized at the Miami hotel. Consistent with what S.P. told me, the phones did, in fact, contain phone numbers for individuals associated with Brice and the picture phone contained pornographic pictures of S.P. and Brice.

13.    Brice has been indicted on a 17-count federal indictment charging him with, among other things, transporting S.P. from Washington, D.C. to Miami, Florida, to engage in prostitution, and recruiting, enticing, harboring, transporting, and obtaining a person, S.P., in or affecting interstate commerce, either while knowing that force, fraud, or coercion would be used to cause such person to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591 and 2421. The trial in this case is scheduled for February 21, 2006. Based on information provided to S.P., I have reason to believe that the Kodak disposable camera has pictures of hotels in Miami, Florida, where she and Brice stayed, and, possibly, pictures of S.P. in Miami. Such pictures would be highly relevant to the pending charges against Brice, specifically the violations of 18 U.S.C. §§

1591 and 2421. I anticipate that the pictures would constitute evidence of criminal activity by Brice, in that they would depict him in Miami, Florida and he is charged with transporting S.P. from Washington, D.C. to Miami knowing that she would engage in prostitution in Miami.

## CONCLUSION

14. Based on the above information, there is probable cause to believe that 18 U.S.C. §§ 2421 and 1591 have been violated and that the contents of the Disposable KodakFunSaver 35 with Flash, with inscription"MADE IN MEXICO, SPD800, 11/2006, 070120, 14:46g, 27" constitute evidence of the commission of these criminal offenses.

Thus, this Affiant requests authority to search the contents, i.e., photographs, contained in the Kodak disposable camera.

_____
Bridget C. Thomas
Special Agent, FBI

Subscribed and sworn
before me this _____ day of February, 2006.

_____
MAGISTRATE JUDGE